Shevin Law Group
Eric D. Shevin, Esq. (State Bar No. 160103)
15260 Ventura Blvd., Suite 1400
Sherman Oaks, CA 91403
Telephone: (818) 784 - 2700
Facsimile:  (818) 784 - 2411

Attorneys for Defendant
ALI GARAWI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ALI GARAWI,<br><br>　　　　　　　Defendant. | Case No.  23-CR-00504-JFW<br><br>**ORDER** |

GOOD CAUSE APPEARING THEREFOR;

IT IS HEREBY ORDERED that the Probation Department is authorized to approve domestic and international travel for Defendant Garawi without the need of a separate court order pertaining to each travel request.

DATED: March 6, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　　United States District Judge

CC: USPO/PSA

-1-